# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICE F. SCOTT,<br><br>              Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES<br>              Defendant. | Civil Action No: 11-6954 (CCC)<br><br><br><br><br><br>**O R D E R** |

This matter comes before the Court on Continental Airlines' ("Defendant") unopposed motion seeking dismissal of *pro se* Plaintiff Patrice F. Scott's ("Plaintiff") Complaint for lack of prosecution (Docket No. 25). On May 20, 2013, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that this matter be dismissed, pursuant to Local Civil Rule 41.1(a) and Federal Rule of Civil Procedure 41(b), for lack of prosecution. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, dated May 20, 2013, and for substantially the same reasons stated therein,

IT IS on this 27th day of June, 2013

**ORDERED** that this Court adopts Judge Dickson's May 20, 2013 Report and Recommendation and thus dismisses this action without prejudice. The Clerk of the Court shall close this matter.

                                            *s/ Claire C. Cecchi*
                                            **HON. CLAIRE C. CECCHI**
                                            **United States District Judge**